John A. Azzarello
WHIPPLE AZZARELLO, LLC
161 Madison Avenue
Suite 325
Morristown, NJ 07960
Tel: (973) 267-7300

Serena P. Hallowell (*pro hac vice* forthcoming)
Jonathan Gardner (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
Thomas W. Watson (*pro hac vice* forthcoming)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

*Counsel for Plaintiffs (Additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST – LORD ABBETT SHORT DURATION INCOME FUND; LORD ABBETT BOND-DEBENTURE FUND, INC.; LORD ABBETT INVESTMENT TRUST – LORD ABBETT HIGH YIELD FUND; LORD ABBETT SERIES FUND – BOND DEBENTURE PORTFOLIO; LORD ABBETT INVESTMENT TRUST – LORD ABBETT INFLATION FOCUSED FUND; LORD ABBETT INVESTMENT TRUST – TOTAL RETURN FUND; LORD ABBETT INVESTMENT TRUST – LORD ABBETT INCOME FUND; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT SHORT DURATION INCOME FUND; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT HIGH YIELD FUND; LORD ABBETT SERIES FUND – TOTAL RETURN PORTFOLIO; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT MULTI SECTOR INCOME FUND; LORD ABBETT SHORT DURATION CREDIT TRUST; LORD ABBETT SERIES FUND – SHORT DURATION INCOME PORTFOLIO; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT STRATEGIC INCOME FUND; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT TOTAL RETURN FUND,<br><br>Plaintiffs, | Civil Case No. 17-06365<br><br>**PLAINTIFFS' RULE 7.1 STATEMENT** |

|  |
|---|
| v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, TANYA CARRO, PRICEWATERHOUSECOOPERS,<br><br>Defendants. |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund; Lord Abbett Bond-Debenture Fund, Inc.; Lord Abbett Investment Trust – Lord Abbett High Yield Fund; Lord Abbett Series Fund – Bond Debenture Portfolio; Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund; Lord Abbett Investment Trust – Total Return Fund; Lord Abbett Investment Trust – Lord Abbett Income Fund; Lord Abbett Passport Portfolios plc – Lord Abbett Short Duration Income Fund; Lord Abbett Passport Portfolios plc – Lord Abbett High Yield Fund; Lord Abbett Series Fund – Total Return Portfolio; Lord Abbett Passport Portfolios plc – Lord Abbett Multi Sector Income Fund; Lord Abbett Short Duration Credit Trust; Lord Abbett Series Fund, Inc. – Short Duration Income Portfolio; Lord Abbett Passport Portfolios plc – Lord Abbett Strategic Income Fund; Lord Abbett Passport Portfolios plc – Lord Abbett Total Return Fund (collectively, the "Lord Abbett Funds" or "Funds") hereby certifies as follows:

1. The Funds are nongovernmental entities that have no parent corporation.

2. To the best of the Funds' knowledge, the below publicly held entities, or entities related to publicly held companies, own 10% or more of (i) the outstanding shares of one or

more of the Funds, and/or (ii) one or more particular classes of the outstanding shares of one or more of the Funds.[1]

Lord Abbett Bond-Debenture Fund, Inc.

- Charles Schwab & Co., Inc.
- Edward D. Jones & Co.
- Fidelity Investments Institutional Operations Corporation, Inc. for the benefit of Herman Kay Company Incorporated Employee 401K Savings
- Hartford Life Insurance Company (Separate Account)
- Mercer Trust Co., trustee for the benefit of Edward D. Jones & Co. deferred Compensation Plan
- Merrill Lynch, Pierce, Fenner & Smith Incorporated (affiliated with Bank of America Corporation)
- Morgan Stanley Smith Barney
- National Financial Services, LLC (affiliated with Fidelity Investments)
- Pershing LLC (affiliated with The Bank of New York Mellon Corporation)
- Raymond James
- Sammons Financial Network LLC (affiliated with Sammons Financial Group, Inc.)
- State Street Bank and Trust as trustee or customer for the benefit of ADP Access
- TD Ameritrade Trust Co.
- UBS Financial Services Inc.
- Voya Institutional Trust Co.

---

[1] Certain of the entities listed hold these shares in custodial accounts on behalf of their customers, not as direct beneficial owners of the shares.

- Wells Fargo Advisors, LLC (affiliated with Wells Fargo & Company)

Lord Abbett Investment Trust – Lord Abbett High Yield Fund

- Charles Schwab & Co., Inc.
- Merrill Lynch, Pierce, Fenner & Smith Incorporated (affiliated with Bank of America Corporation)
- Morgan Stanley Smith Barney
- National Financial Services, LLC (affiliated with Fidelity Investments)
- National Financial Services, LLC (affiliated with Fidelity Investments) for the benefit of Fidelity Investments Institutional Operations Corporation, Inc., agent for Qualified Employee Plans (401K) FINOPS-IC Funds
- National Financial Services, LLC (affiliated with Fidelity Investments) for the benefit of State Street Bank Trust Co.
- Pershing LLC (affiliated with The Bank of New York Mellon Corporation)
- Reliance Trust Co. (affiliated with FIS Wealth Management Services, Inc.) as trustee for ADP Access Large Market 401K
- Sammons Financial Network LLC (affiliated with Sammons Financial Group, Inc.)
- Voya Institutional Trust (affiliated with Voya Financial, Inc.)
- Wells Fargo Advisors LLC (affiliated with Wells Fargo & Company)

Lord Abbett Investment Trust – Lord Abbett Income Fund

- Charles Schwab & Co., Inc.
- Fifth Third Bank

- Merrill Lynch, Pierce, Fenner & Smith Incorporated (affiliated with Bank of America Corporation)
- Morgan Stanley Smith Barney
- Pershing LLC (affiliated with The Bank of New York Mellon Corporation)
- PIMS/Prudential Retirement Plan (affiliated with Prudential plc)
- Sammons Financial Network LLC (affiliated with Sammons Financial Group, Inc.)
- Wells Fargo Advisors LLC (affiliated with Wells Fargo & Company)

Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund

- Charles Schwab & Co., Inc.
- Merrill Lynch, Pierce, Fenner & Smith Incorporated (affiliated with Bank of America Corporation)
- Morgan Stanley Smith Barney
- National Financial Services, LLC (affiliated with Fidelity Investments) for the benefit of customers' mutual funds
- National Financial Services, LLC (affiliated with Fidelity Investments) for the benefit of Trust Point Inc.
- Pershing LLC (affiliated with The Bank of New York Mellon Corporation)
- Stifel Nicolaus & Co Inc. (affiliated with Stifel Financial Corp.)
- UBS Wealth Management USA (affiliated with UBS AG)
- Wells Fargo Advisors LLC (affiliated with Wells Fargo & Company)

Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund

- Charles Schwab & Co., Inc.
- Edward D. Jones & Co.
- John Hancock Life Insurance Co USA (affiliated with Manulife Financial)
- JP Morgan Securities LLC (affiliated with JPMorgan Chase & Co.)
- Merrill Lynch, Pierce, Fenner & Smith Incorporated (affiliated with Bank of America Corporation)
- Morgan Stanley Smith Barney
- National Financial Services, LLC (affiliated with Fidelity Investments)
- Pershing LLC (affiliated with The Bank of New York Mellon Corporation)
- Sammons Financial Network LLC (affiliated with Sammons Financial Group, Inc.)
- Wells Fargo Advisors LLC (affiliated with Wells Fargo & Company)

Lord Abbett Investment Trust – Lord Abbett Total Return Fund

- Charles Schwab & Co., Inc.
- Edward D. Jones & Co.
- Hartford Life (affiliated with The Hartford Financial Services Group, Inc.)
- Merrill Lynch, Pierce, Fenner & Smith Incorporated (affiliated with Bank of America Corporation)
- National Financial Services, LLC (affiliated with Fidelity Investments) for the benefit of customers' mutual funds
- National Financial Services, LLC (affiliated with Fidelity Investments) LLC for the benefit of State Street Bank Trust Co.

- National Financial Services, LLC (affiliated with Fidelity Investments) for the benefit of Fidelity Investments Institutional Operations Corporation, Inc., agent for Qualified Employee Plans (401K) FINOPS-IC Funds
- Pershing LLC (affiliated with The Bank of New York Mellon Corporation)
- TD Ameritrade Trust Company (affiliated with TD Ameritrade)
- Wells Fargo Bank (affiliated with Wells Fargo & Company) for the benefit of Various Retirement Plans
- Wells Fargo Clearing Services LLC (affiliated with Wells Fargo & Company)

Lord Abbett Passport Portfolios plc – Lord Abbett Multi Sector Income Fund

- Merrill Lynch, Pierce, Fenner & Smith Incorporated (affiliated with Bank of America Corporation)

Lord Abbett Series Fund – Bond Debenture Portfolio

- Protective Life Insurance Company (affiliated with Dai-ichi Life Holdings, Inc.), Investment Products Services

Lord Abbett Series Fund – Short Duration Income Portfolio

- Lincoln Life Insurance Company (affiliated with Lincoln National Corporation)
- Midland National Life Insurance Company (affiliated with Sammons Financial Group, Inc.)

<u>Lord Abbett Series Fund – Total Return Portfolio</u>

- Pacific Life Insurance Company (affiliated with Pacific Mutual Holding Company)

Dated: August 23, 2017

Respectfully submitted,
**WHIPPLE AZZARELLO, LLC**

<u>s/ John A. Azzarello</u>
John A. Azzarello
161 Madison Avenue
Suite 325
Morristown, NJ 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
azzarello@whippleazzarellolaw.com

**LABATON SUCHAROW LLP**
Serena P. Hallowell (*pro hac vice* forthcoming)
Jonathan Gardner (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
Thomas W. Watson (*pro hac vice* forthcoming)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
shallowell@labaton.com
jgardner@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
twatson@labaton.com

*Counsel for Plaintiffs*

**KASOWITZ BENSON TORRES LLP**
Michael J. Bowe (*pro hac vice* forthcoming)
Stephen W. Tountas
Lauren Tabaksblat
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mbowe@kasowitz.com
stountas@kasowitz.com
ltabaksblat@kasowitz.com

*Additional Counsel for Plaintiffs*