**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST – LORD ABBETT SHORT DURATION INCOME FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 17-6365(MAS)(LHG) |

**STIPULATION AND [PROPOSED] ORDER**

　　　　WHEREAS, Plaintiffs in the above-captioned actions have filed a Complaint against Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Tanya Carro, and PricewaterhouseCoopers LLP (together, "Defendants," and together with Plaintiffs, the "Parties");

　　　　WHEREAS, counsel for Defendants have agreed to accept service of the Complaint;

　　　　WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed to extend the time to respond to the Complaint, and agreed to a briefing schedule for any motion(s) to dismiss that Defendants may file as their response to the Complaint;

　　　　IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, as follows:

　　　　　　　　(a)　　All Defendants will have until October 23, 2017 to answer, move to dismiss, or otherwise respond to the Complaint;

(b) In the event any of the Defendants move to dismiss the Complaint, Plaintiffs will then have until December 22, 2017 to oppose any such motion to dismiss, and the Defendants will then have until January 29, 2018 to file any replies in support of their motions to dismiss.

Stipulated and agreed to by:

DATED: September 12, 2017

| **WHIPPLE AZZARELLO, LLC** | **McCARTER & ENGLISH LLP** |
|---|---|
| /s/ John A. Azzarello | /s/ Richard Hernandez |
| John A. Azzarello | Richard Hernandez |
| 161 Madison Avenue | 100 Mulberry Street |
| Suite 325 | Newark, NJ 07102 |
| Morristown, NJ 07960 | Telephone: (973) 848-8615 |
| Telephone: (973) 267-7300 | Fax: (973) 297-6615 |
| Fax: (973) 267-0031 | |
| | *Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello and Tanya Carro* |
| *Local Counsel for Plaintiffs* | |
| **LABATON SUCHAROW LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| Serena P. Hallowell | Paul C. Curnin |
| Jonathan Gardner | Jonathan K. Youngwood |
| Eric J. Belfi | Craig S. Waldman |
| David J. Schwartz | Daniel J. Stujenske |
| Thomas W. Watson | 425 Lexington Avenue |
| 140 Broadway | New York, New York 10017 |
| New York, NY 10005 | Telephone: (212) 455-2000 |
| Telephone: (212) 907-0700 | Fax: (212) 455-2502 |
| Fax: (212) 818-0477 | |
| *Counsel for Plaintiffs* | *Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello* |

| **KASOWITZ BENSON TORRES LLP** | **COOLEY LLP** |
|---|---|
| Michael J. Bowe<br>Stephen W. Tountas<br>Lauren Tabaksblat<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700<br>Fax: (212) 506-1800<br><br>*Counsel for Plaintiffs* | William J. Schwartz<br>Laura G. Birger<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 479-6000<br>Fax: (212) 479-6275<br><br>*Counsel for Tanya Carro* |

**DEBEVOISE & PLIMPTON LLP**

/s/ Holly S. Wintermute
Holly S. Wintermute
Bruce E. Yannett
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle
Ada. F. Johnson
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

/s/ James S. Richter
James S. Richter
Melissa S. Bogad
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

**CHIESA SHAHINIAN & GIANTOMASI PC**

/s/ A. Ross Pearlson
A. Ross Pearlson
James Van Splinter
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP*

**KING & SPALDING LLP**

James J. Capra
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP*