UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST – LORD ABBETT SHORT DURATION INCOME FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 17-6365(MAS)(LHG) |

### STIPULATION AND ORDER

WHEREAS, Plaintiffs in the above-captioned actions have filed a Complaint against Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Tanya Carro, and PricewaterhouseCoopers LLP (together, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, counsel for Defendants have agreed to accept service of the Complaint;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed to extend the time to respond to the Complaint, and agreed to a briefing schedule for any motion(s) to dismiss that Defendants may file as their response to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, as follows:

    (a)    All Defendants will have until October 23, 2017 to answer, move to dismiss, or otherwise respond to the Complaint;

(b)     In the event any of the Defendants move to dismiss the Complaint, Plaintiffs will then have until December 22, 2017 to oppose any such motion to dismiss, and the Defendants will then have until January 29, 2018 to file any replies in support of their motions to dismiss.

Stipulated and agreed to by:

DATED:     September 12, 2017

**WHIPPLE AZZARELLO, LLC**

/s/ John A. Azzarello
John A. Azzarello
161 Madison Avenue
Suite 325
Morristown, NJ 07960
Telephone: (973) 267-7300
Fax: (973) 267-0031

*Local Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**

Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
David J. Schwartz
Thomas W. Watson
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs*

**McCARTER & ENGLISH LLP**

/s/ Richard Hernandez
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin
Jonathan K. Youngwood
Craig S. Waldman
Daniel J. Stujenske
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello*

3

**KASOWITZ BENSON TORRES LLP**

Michael J. Bowe
Stephen W. Tountas
Lauren Tabaksblat
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800

*Counsel for Plaintiffs*

**COOLEY LLP**

William J. Schwartz
Laura G. Birger
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

**DEBEVOISE & PLIMPTON LLP**

/s/ Holly S. Wintermute
Holly S. Wintermute
Bruce E. Yannett
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle
Ada. F. Johnson
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

/s/ James S. Richter
James S. Richter
Melissa S. Bogad
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

**CHIESA SHAHINIAN & GIANTOMASI PC**

/s/ A. Ross Pearlson
A. Ross Pearlson
James Van Splinter
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP*

**KING & SPALDING LLP**

James J. Capra
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP*

So Ordered this 13th day of September, 2017

Hon. Michael Shipp, USDJ