John A. Azzarello
WHIPPLE AZZARELLO, LLC
161 Madison Avenue
Suite 325
Morristown, NJ 07960
Tel: (973) 267-7300

*Counsel for Plaintiffs*

Michael J. Bowe (*pro hac vice* pending)
Stephen W. Tountas
Lauren Tabaksblat
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700

*Additional Counsel for Plaintiffs*

Jonathan Gardner (*pro hac vice* pending)
Serena P. Hallowell (*pro hac vice* pending)
Eric J. Belfi (*pro hac vice* pending)
David J. Schwartz (*pro hac vice* forthcoming)
Thomas W. Watson (*pro hac vice* pending)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST – LORD ABBETT SHORT DURATION INCOME FUND; LORD ABBETT BOND-DEBENTURE FUND, INC.; LORD ABBETT INVESTMENT TRUST – LORD ABBETT HIGH YIELD FUND; LORD ABBETT SERIES FUND – BOND DEBENTURE PORTFOLIO; LORD ABBETT INVESTMENT TRUST – LORD ABBETT INFLATION FOCUSED FUND; LORD ABBETT INVESTMENT TRUST – TOTAL RETURN FUND; LORD ABBETT INVESTMENT TRUST – LORD ABBETT INCOME FUND; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT SHORT DURATION INCOME FUND; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT HIGH YIELD FUND; LORD ABBETT SERIES FUND – TOTAL RETURN PORTFOLIO; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT MULTI SECTOR INCOME FUND; LORD ABBETT SHORT DURATION CREDIT | Civil Case No. 3:17-cv-06365-MAS-LHG<br><br>**ORDER GRANTING JONATHAN GARDNER, ESQ., SERENA P. HALLOWELL, ESQ., ERIC J. BELFI, ESQ., THOMAS W. WATSON, ESQ., and MICHAEL J. BOWE, ESQ. ADMISSION *PRO HAC VICE*** <br><br>Document Electronically Filed |

| |
|---|
| TRUST; LORD ABBETT SERIES FUND – SHORT DURATION INCOME PORTFOLIO; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT STRATEGIC INCOME FUND; LORD ABBETT PASSPORT PORTFOLIOS PLC – LORD ABBETT TOTAL RETURN FUND <br><br>                           Plaintiffs, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, TANYA CARRO, PRICEWATERHOUSECOOPERS, <br><br>                           Plaintiffs. |

      The matter having been opened to the Court by John A. Azzarello, Esq., Local Counsel for the Plaintiffs, for an Order allowing Jonathan Gardner, Esq., Serena P. Hallowell, Esq., Eric J. Belfi, Esq., and Thomas W. Watson, Esq. of Labaton Sucharow LLP, and Michael J. Bowe, Esq., of Kasowitz Benson Torres LLP admission *pro hac vice,* and the Court having considered the moving papers, and counsel for the Defendants having no objection hereto and for good cause shown,

      **IT IS ON THIS** ___22ND___ **DAY** OF ___SEPTEMBER___, 2017

      **HEREBY ORDERED** that Jonathan Gardner, Esq., Serena P. Hallowell, Esq., Eric J. Belfi, Esq., and Thomas W. Watson, Esq. of Labaton Sucharow LLP, and Michael J. Bowe, Esq., of Kasowitz Benson Torres LLP are hereby admitted *pro hac vice* on behalf of Plaintiffs in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and further

      **ORDERED** that all notices, pleadings and other papers filed with the Court shall be served upon Jonathan Gardner, Esq., Serena P. Hallowell, Esq., Eric J. Belfi, Esq., and Thomas

W. Watson, Esq. of Labaton Sucharow LLP, and Michael J. Bowe, Esq., of Kasowitz Benson Torres LLP and that Labaton Sucharow LLP and Kasowitz Benson Torres LLP shall enter all appearances and be responsible for signed papers and for the conduct of attorneys admitted herewith; and it is further

**ORDERED** that Jonathan Gardner, Esq., Serena P. Hallowell, Esq., Eric J. Belfi, Esq., and Thomas W. Watson, Esq. of Labaton Sucharow LLP, and Michael J. Bowe, Esq., of Kasowitz Benson Torres LLP shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter, and Jonathan Gardner, Esq., Serena P. Hallowell, Esq., Eric J. Belfi, Esq., and Thomas W. Watson, Esq. of Labaton Sucharow LLP, and Michael J. Bowe, Esq., of Kasowitz Benson Torres LLP, shall **each** make payment in the amount of $150.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
**HONORABLE LOIS H. GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**