# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658 (MAS) (LHG)<br><br>**ORDER TO SHOW CAUSE** |

T. ROWE PRICE GROWTH STOCK FUND, INC., et al.,

Plaintiffs.

v.

Civil Action No. 16-5034 (MAS) (LHG)

VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,

Defendants.

EQUITY TRUSTEES LIMITED AS RESPONSIBLE ENTITY FOR T. ROWE PRICE GLOBAL EQUITY FUND, et al.,

Plaintiffs,

v.

Civil Action No. 16-6127 (MAS) (LHG)

VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,

Defendants.

PRINCIPAL FUNDS, INC. and
PRINCIPAL VARIABLE CONTRACTS
FUNDS, INC.,

             Plaintiffs,

             v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., J. MICHAEL
PEARSON, HOWARD B. SCHILLER,
ROBERT L. ROSIELLO, DEBORAH
JORN, ARI S. KELLEN, and TANYA
CARRO,

Civil Action No. 16-6128 (MAS) (LHG)

---

BLOOMBERGSEN PARTNERS FUND
LP and BLOOMBERGSEN MASTER
FUND LP,

             Plaintiffs,

             v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., J. MICHAEL
PEARSON, HOWARD B. SCHILLER,
ROBERT L. ROSIELLO, DEBORAH
JORN, ARI S. KELLEN, and TANYA
CARRO,

             Defendants.

Civil Action No. 16-7212 (MAS) (LHG)

---

PENTWATER EQUITY
OPPORTUNITIES MASTER FUND
LTD., et al.

             Plaintiffs,

             v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.

Civil Action No. 17-7552 (MAS) (LHG)

DISCOVERY GLOBAL CITIZENS
MASTER FUND, LTD., et al.

                    Plaintiffs,

          v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.

                 Defendants.

Civil Action No. 16-7321 (MAS) (LHG)

---

MSD TORCHLIGHT PARTNERS, L.P.,
et al.,

                    Plaintiffs,

          v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.

                 Defendants.

Civil Action No. 16-7324 (MAS) (LHG)

---

BLUEMOUNTAIN FOINAVEN
MASTER FUND, L.P., et al.

                    Plaintiffs,

          v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.

                 Defendants.

Civil Action No. 16-7328 (MAS (LHG)

INCLINE GLOBAL MASTER LP, INC.,
et al.

           Plaintiffs,

         v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.

           Defendants.

Civil Action No. 16-7494 (MAS) (LHG)

---

VALIC COMPANY I, et al.

           Plaintiffs,

         v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.

           Defendants.

Civil Action No. 16-7496 (MAS) (LHG)

---

JANUS ASPEN SERIES, et al.

           Plaintiffs,

         v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.

           Defendants.

Civil action No. 16-7497 (MAS) (LHG)

OKUMUS OPPORTUNISTIC VALUE
FUND, LTD.

           Plaintiff,

           v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

           Defendants.

Civil Action No. 17-6513 (MAS) (LHG)

---

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI

           Plaintiff,

           v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

           Defendants.

Civil Action No. 17-7625 (MAS) (LHG)

---

THE BOEING COMPANY EMPLOYEE
RETIREMENT PLANS MASTER
TRUST AND THE BOEING COMPANY
EMPLOYEE SAVINGS PLANS
MASTER TRUST

           Plaintiffs,

           v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

           Defendants.

Civil Action No. 17-7636 (MAS) (LHG)

LORD ABBETT INVESTMENT TRUST-
LORD ABBETT SHORT DURATION
INCOME FUND et al.

        Plaintiffs,

        v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

        Defendants.

Civil Action No. 17-6365 (MAS) (LHG)

This matter comes before the Court *sua sponte* on the Court's review and consideration of the stay issued in *In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation*, Civil Action No. 16-03087, and the numerous other cases involving Defendant Valeant Pharmaceuticals International, Inc.  In consideration of the interests of justice, including the ongoing criminal proceedings and the potential overlapping discovery, and based on the Court's inherent power to control the matters on its docket, the Court has determined that good and sufficient reasons exist to proceed by way of Order to Show Cause as to whether the Court should stay the above-captioned civil proceedings.  Accordingly,

**IT IS** on this 19th day of October 2017, **ORDERED** that:

1.     The parties shall submit briefing as to whether the Court should stay all related civil actions in their entirety.  Deadlines for submissions are as follows:

    a.     Any party setting forth a position in support of a stay shall file a legal brief with citations to relevant authority no later than **October 27, 2017**.

    b.     Any opposition shall be filed no later than **November 3, 2017**.

    c.     Any reply shall be filed no later than **November 8, 2017**.

2.     **All other deadlines, briefing schedules, and discovery in these matters are immediately and temporarily stayed, pending completion of the briefing and the Court's decision with respect to this Order to Show Cause.**

3.   This Order shall also be filed in any subsequent related action filed in the District of New Jersey.


s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE