

November 9, 2017

**VIA ECF**

The Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Re:  *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*
Master File No. 15-7658-MAS-LHG

*T. Rowe Price Growth Stock Fund, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-5034-MAS-LHG

*Equity Trustees Limited, et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-6127-MAS-LHG

*Principal Funds, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-6128-MAS-LHG

*Bloombergsen Partners Fund LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-7212-MAS-LHG

*Pentwater Equity Opportunities Master Fund Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 17-7552-MAS-LHG

*Discovery Global Citizens Master Fund, Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-7321-MAS-LHG

*MSD Torchlight Partners, L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-7324-MAS-LHG

*BlueMountain Foinaven Master Fund L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-7328-MAS-LHG

*Incline Global Master LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-7494-MAS-LHG

November 9, 2017
Page 2

*Valic Company I, et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-7496-MAS-LHG

*Janus Aspen Series, et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 16-7497-MAS-LHG

*Okumus Opportunistic Value Fund, Ltd. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 17-6513-MAS-LHG

*Public Employees Retirement System Of Mississippi v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 17-7625-MAS-LHG

*The Boeing Company Employee Retirement Plans Master Trust, et al. v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 17-7636-MAS-LHG

*Lord Abbett Investment Trust—Lord Abbett Short Duration Income Fund, et al., v. Valeant Pharmaceuticals International, Inc., et al.*
Civil Action No. 17-6365-MAS-LHG

Dear Judge Shipp:

This firm is counsel to Valeant Pharmaceuticals International, Inc. and certain individual defendants in the above-captioned actions. Pursuant to the Court's November 6, 2017 Text Order, we have conferred with all counsel regarding the scheduling of oral argument regarding a potential stay in these matters.

Although Defendants, Class Plaintiffs, and certain Individual Action Plaintiffs are available on November 20, 2017, the only date on which all counsel are available is November 29, 2017. The parties will make themselves available at whatever time is most convenient for the Court, though Class Plaintiffs request that oral argument begins at 1:00 p.m. or 2:00 p.m.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Richard Hernandez

Richard Hernandez

cc: All Counsel of Record (via ECF)

Oral argument regarding a potential stay in these matters is hereby adjourned to Wednesday, November 29, 2017 at 1:00 p.m.

So Ordered this 13th day of November, 20 17

Hon. Michael Shipp, USDJ