UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | ) No. 3:15-cv-07658-MAS-LHG ) ) ) |
| T. ROWE PRICE GROWTH STOCK FUND, INC., et al., | ) No. 3:16-cv-05034-MAS-LHG ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., | ) ) ) |
| Defendants. | ) ) |

[Caption continued on following page.]

STIPULATION AND               ORDER REGARDING PARTIAL STAY

1332586_1

EQUITY TRUSTEES LIMITED AS ) No. 3:16-cv-06127-MAS-LHG
RESPONSIBLE ENTITY FOR T. ROWE )
PRICE GLOBAL EQUITY FUND, et al., )
 )
            Plaintiffs, )
 )
   vs. )
 )
VALEANT PHARMACEUTICALS )
INTERNATIONAL, INC., et al., )
 )
            Defendants. )
 )
_____ )
PRINCIPAL FUNDS, INC. and ) No. 3:16-cv-06128-MAS-LHG
PRINCIPAL VARIABLE CONTRACTS )
FUNDS, INC., )
 )
            Plaintiffs, )
 )
   vs. )
 )
VALEANT PHARMACEUTICALS )
INTERNATIONAL, INC., et al., )
 )
            Defendants. )
 )
_____ )
BLOOMBERGSEN PARTNERS FUND ) No. 3:16-cv-07212-MAS-LHG
LP and BLOOMBERGSEN MASTER )
FUND LP, )
 )
            Plaintiffs, )
 )
   vs. )
 )
VALEANT PHARMACEUTICALS )
INTERNATIONAL, INC., et al., )
 )
            Defendants. )
 )
_____ )

[Caption continued on following page.]

PENTWATER EQUITY
OPPORTUNITIES MASTER FUND
LTD., et al.,

                    Plaintiffs,

    vs.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:17-cv-07552-MAS-LHG

DISCOVERY GLOBAL CITIZENS
MASTER FUND, LTD., et al.,

                    Plaintiffs,

    vs.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:16-cv-07321-MAS-LHG

MSD TORCHLIGHT PARTNERS, L.P.,
et al.,

                    Plaintiffs,

    vs.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:16-cv-07324-MAS-LHG

[Caption continued on following page.]

BLUE MOUNTAIN FOINAVEN             )   No. 3:16-cv-07328-MAS-LHG
MASTER FUND, L.P., et al.,          )
                                    )
                 Plaintiffs,        )
                                    )
          vs.                       )
                                    )
VALEANT PHARMACEUTICALS             )
INTERNATIONAL, INC., et al.,        )
                                    )
                 Defendants.        )
                                    )
INCLINE GLOBAL MASTER LP, INC.,     )   No. 3:16-cv-07494-MAS-LHG
et al.                              )
                                    )
                 Plaintiffs,        )
                                    )
          vs.                       )
                                    )
VALEANT PHARMACEUTICALS             )
INTERNATIONAL, INC., et al.,        )
                                    )
                 Defendants.        )
                                    )
VALIC COMPANY I, et al.,            )   No. 3:16-cv-07496-MAS-LHG
                                    )
                 Plaintiffs,        )
                                    )
          vs.                       )
                                    )
VALEANT PHARMACEUTICALS             )
INTERNATIONAL, INC., et al.,        )
                                    )
                 Defendants.        )
                                    )

[Caption continued on following page.]

| | |
|---|---|
| JANUS ASPEN SERIES, et al., | ) No. 3:16-cv-07497-MAS-LHG |
| Plaintiffs, | ) |
| vs. | ) |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., | ) |
| Defendants. | ) |
| OKUMUS OPPORTUNISTIC VALUE FUND, LTD., | ) No. 3:17-cv-06513-MAS-LHG |
| Plaintiff, | ) |
| vs. | ) |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., | ) |
| Defendants. | ) |
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, | ) No. 3:17-cv-07625-MAS-LHG |
| Plaintiff, | ) |
| vs. | ) |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., | ) |
| Defendants. | ) |

[Caption continued on following page.]

THE BOEING COMPANY EMPLOYEE )   No. 3:17-cv-07636-MAS-LHG
RETIREMENT PLANS MASTER          )
TRUST and THE BOEING COMPANY )
EMPLOYEE SAVINGS PLANS           )
MASTER TRUST,                    )
                                 )
                     Plaintiffs, )
                                 )
        vs.                      )
                                 )
VALEANT PHARMACEUTICALS          )
INTERNATIONAL, INC., et al.,     )
                                 )
                     Defendants. )
_____)
LORD ABBETT INVESTMENT TRUST-)   No. 3:17-cv-06365-MAS-LHG
LORD ABBETT SHORT DURATION       )
INCOME FUND, et al.,             )
                                 )
                     Plaintiffs, )
                                 )
        vs.                      )
                                 )
VALEANT PHARMACEUTICALS          )
INTERNATIONAL, INC., et al.,     )
                                 )
                     Defendants. )
_____)

This Stipulation is entered into by and between all plaintiffs and defendants in the above-captioned cases (collectively, the "Parties").

WHEREAS, on October 19, 2017, the Court issued an Order to Show Cause directing the Parties to brief whether the Court should stay the above-captioned cases;

WHEREAS, on October 27, 2017, the defendants filed a brief in support of a stay; on November 3, 2017, the plaintiffs filed briefs opposing a stay; and on November 8, 2017, the defendants filed a reply brief in further support of a stay;

WHEREAS, the Parties were to appear for oral argument on November 29, 2017, but on November 28, 2017, the Parties reached an agreement to resolve the dispute by way of the partial stay detailed below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the Court's approval, that:

1.    All proceedings and discovery in the above-captioned cases shall be stayed until the conclusion of the criminal trial in *United States v. Tanner, et al.*, Case No. 17-cr-61, or by order of the Court, except that (a) the stay does not apply to or affect in any way the briefing and resolution of any motions to dismiss in the above-captioned actions, and (b) Plaintiffs' First Request for Production of Documents to Defendants Valeant Pharmaceuticals International, Inc. ("Valeant") and PricewaterhouseCoopers LLP ("PwC"), in the securities class action, *In re*

*Valeant Pharmaceuticals International, Inc. Securities Litigation*, Case No. 3:15-cv-07658 (MAS) (LHG), shall not be stayed, and defendants Valeant and PwC shall complete production on or before February 1, 2018.

2.     A status hearing is set for March _15_, 2018 at _1:00 p.m_, without prejudice to the plaintiffs seeking to lift the stay if circumstances have changed hereafter and without prejudice to the defendants' right to oppose any such request.

3.     This Order shall apply to any subsequent related actions filed in the District of New Jersey.

**SEEGER WEISS LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger
550 Broad Street, Suite 920
Newark, NJ 07102
Tel: (973) 639-9100
Fax: (973) 639-9393
cseeger@seegerweiss.com

*Liaison Counsel for Class Plaintiffs*

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ Darren J. Robbins*
Darren J. Robbins
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
James E. Barz
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Jack Reise
Robert J. Robbins
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com

*Lead Counsel for Class Plaintiffs*

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

/s/ *James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
JCecchi@carellabyrne.com

*Counsel for Individual Action Plaintiffs*

## BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

/s/ *Blair A. Nicholas*
Blair A. Nicholas (admitted *pro hac vice*)
Jonathan D. Uslaner (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)
David Kaplan (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
jonathanu@blbglaw.com
rich.gluck@blbglaw.com
davidk@blbglaw.com

*Counsel for Individual Action Plaintiffs*

## STONE BONNER & ROCCO LLP

/s/ *Patrick L. Rocco*
Patrick L. Rocco
James P. Bonner
447 Springfield Ave., Second Floor
Summit, NJ 07901
Telephone:  (908) 516-2045
Facsimile:  (908) 516-2049

*Local Counsel for Plaintiff Okumus Opportunistic Value Fund, Ltd.*

## DIETRICH SIBEN THORPE LLP

/s/ *Matthew P. Siben*
Matthew P. Siben
500 Australian Avenue South, Ste. 637
West Palm Beach, FL 33401
Telephone: (561) 820-4882

Fax: (561) 820-4883
matthew@dstlegal.com

*/s/ David A Thorpe*
David A. Thorpe
Shawn M. Hayes
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone:  (310) 300-8450
Facsimile:  (310) 300-8041
david@dstlegal.com
shawn@dstlegal.com

*Counsel for Plaintiff Okumus Opportunistic Value Fund, Ltd.*

**LOWENSTEIN SANDLER LLP**

*/s/ Sheila A. Sadighi*
Lawrence M. Rolnick
Marc B. Kramer
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
One Lowenstein Drive
Roseland, New Jersey 07068
Tel. 973.597.2500
Fax 973.597.2400
lrolnick@lowenstein.com
mkramer@lowenstein.com
tredburn@lowenstein.com
ssadighi@lowenstein.com
mhampson@lowenstein.com

*Attorneys for Plaintiffs in the following actions against Valeant Pharmaceuticals International, Inc., et al.:*
   *Discovery Global Citizens Master Fund Ltd., et al., C.A. No. 16-7321 (MAS)(LHG)*
   *MSD Torchlight Partners, L.P., et al., C.A. No. 16-7324 (MAS)(LHG)*
   *BlueMountain Foinaven Master Fund L.P., et al., C.A. No. 16-7328 (MAS)(LHG)*

*Incline Global Master LP, et al., C.A. No. 16-7494(MAS)(LHG)*
*Valic Company I, et al., C.A. No. 16-7496 (MAS)(LHG)*
*Janus Aspen Series, et al., C.A. No. 16-7497 (MAS)(LHG)*

**KASOWITZ BENSON TORRES LLP**

*/s/ Stephen W. Tountas*

Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 645-9462
Fax: (973) 643-2030
stountas@kasowitz.com

*Local Counsel  for Plaintiff in Action Number 17-cv-07636*

*/s/ Michael J. Bowe*

Michael J. Bowe
Lauren Tabaksblat
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mbowe@kasowitz.com
ltabaksblat@kasowitz.com

*Counsel for Plaintiff in Action Number 17-cv-07625*

**WHIPPLE AZZARELLO, LLC**

*/s/John A. Azzarello*

John A. Azzarello
161 Madison Avenue
Suite 325
Morristown, NJ 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
azzarello@whippleazzarellolaw.com

*Local Counsel for Plaintiffs in the Action numbered 17-cv-06365*

**LABATON SUCHAROW LLP**

*/s/Serena P. Hallowell*
Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
shallowell@labaton.com
ebelfi@labaton.com
twatson@labaton.com

*Counsel for Plaintiffs in the Actions numbered 17-cv-07625, 17-cv-07636, and 17-cv-06365*

**McCARTER & ENGLISH, LLP**

*/s/ Richard Hernandez*
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 848-8615
Facsimile: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson, and Jeffrey W. Ubben*

**McCARTER & ENGLISH LLP**

*/s/ Richard Hernandez*
Richard Hernandez
Four Gateway Center

100 Mulberry Street
Newark, NJ 07102
Tel: 973/848-8615
Fax: 973/297-6615

*Local Counsel for Defendant Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**
*/s/ Paul C. Curnin*
Paul C. Curnin (admitted pro hac vice)
Jonathan K. Youngwood (admitted pro hac vice)
Craig S. Waldman (admitted pro hac vice)
Daniel J. Stujenske (admitted pro hac vice)
425 Lexington Avenue New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas- Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben*

**CHIESA SHAHINIAN & GIANTOMASI PC**

*/s/ A. Ross Pearlson*
A. Ross Pearlson
Ilana Levin
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Facsimile: (973) 530-2300

*Local Counsel for Defendant PricewaterhouseCoopers LLP*

James J. Capra, Jr. (admitted *pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile: (212) 556-2222

Kenneth Y. Turnbull (admitted *pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

*Counsel for Defendant PricewaterhouseCoopers LLP*

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**

/s/ Mark A. Berman
Mark A. Berman
65 Route 4 East
River Edge, NJ 07661 Telephone: (201) 441-9056
Fax: (201) 441-9435

*Local Counsel for the Bank Offering Defendants*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ Richard A. Rosen
Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

*Counsel for the Bank Offering Defendants*

**WINSTON & STRAWN LLP**

/s/ James S. Richter
James S. Richter
Melissa Steedle Bogad
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
Telephone: Tel: (973) 848-7645
Fax: (973) 848-7650

*Local Counsel for Howard B. Schiller*

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600

Elizabeth P. Papez (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000

*Counsel for Howard B. Schiller*

**COOLEY LLP**

William J. Schwartz (admitted *pro hac vice*)
Laura Grossfield Birger (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Defendant Tanya Carro*

**SCHULTE ROTH & ZABEL LLP**

*/s/ Cara David*
Cara David
Barry A. Bohrer (admitted pro hac vice)
Michael L. Yaeger (admitted pro hac vice)
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Cara.david@srz.com*

*Counsel for Defendant Debora Jorn*

SO ORDERED, on this 29th day of _November_, 2017.

_____
THE HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE