UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Lord Abbett Investment Trust, et al | : | Civil Action No. 3:17-CV-06365(MAS)(LHG) |
| | : | |
| Plaintiff(s) | : | CLERK'S ORDER |
| | : | |
| v. | : | |
| | : | |
| Valeant Pharmaceuticals, et al. | : | |
| | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the filing of a Complaint, Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for NEF on January 22, 2018 by A. Ross Pearlson, counsel for the defendant in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

    ___    a.    An overpayment has been made by the filer, **OR**

    _X_    b.    A duplicate, identical Complaint, Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once by the same attorney or the same law firm; and for good cause shown,

**IT IS** on this _____ day of January 2018,

        **ORDERED THAT,** the sum of $150.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By:_____

Theresa L. Burnett
Chief Deputy Clerk

## Search Collections

[+] **Collections Search Criteria**

### Plastic Card Search Results

| Transaction Date (MM/DD/YYYY) | Agency Tracking ID | Pay.gov Tracking ID | Account Holder Name | Amount | Application Name | Actions | | |
|---|---|---|---|---|---|---|---|---|
| 01/24/2018 | 0312-8423926 | 267C6F8H | Kevin H. Marino | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8423924 | 267C6F7U | Kevin H. Marino | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8423922 | 267C6F6R | Kevin H. Marino | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8423919 | 267C6F5V | Kevin H. Marino | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8423089 | 267BU36N | Ryan Westerfield | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8423048 | 267BU215 | Ryan Westerfield | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8422648 | 267BS6F5 | ANJANETTE CABRERA | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8422632 | 267BS6B7 | ANJANETTE CABRERA | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8421054 | 267BQ4U6 | LORNA DOTRO | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8421035 | 267BQ3PJ | LORNA DOTRO | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8421007 | 267BQ2GV | LORNA DOTRO | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8420967 | 267BQ1Q4 | LORNA DOTRO | $150.00 | NJD CM ECF | Refund | View History | View Details |
| 01/24/2018 | 0312-8420601 | 267BPLOQ | A. PEARLSON | $150.00 | NJD CM ECF | Refund | View History | View Details |

*Refund*

## View Transaction History

**Transaction History**

Transaction Type:Sale

| Event Date (MM/DD/YYYY) | Collection Event Tracking ID | User Name | Status | Amount |
|---|---|---|---|---|
| 01/24/2018 21:21 EST | 5553891850 | paygovadmin | SettlementTransmitted | $150.00 |
| 01/24/2018 20:18 EST | 5553638126 | paygovadmin | InSettlmentTransmission | $150.00 |
| 01/24/2018 09:49 EST | 5552705928 | paygovadmin | ReadyForSettlement | $150.00 |
| 01/24/2018 09:49 EST | 5552705927 | paygovadmin | Authorized | $150.00 |
| 01/24/2018 09:49 EST | 5552705924 | paygovadmin | WaitingForAuth | $150.00 |

## View Plastic Card Details

**Card #1**

| | |
|---|---|
| **Transaction Type:** | Sale |
| **Account Holder Name:** | A. PEARLSON |
| **Billing Address:** | ONE BOLAND DRIVE |
| **Billing Address 2:** | |
| **City:** | WEST ORANGE |
| **State/Province:** | NJ |
| **ZIP/Postal Code:** | 07052 |
| **Country:** | USA |
| **Plastic Card Type:** | AmericanExpress |
| **Plastic Card Number:** | ************2890 |
| **Approved Amount:** | $150.00 |
| **Total Number of Installments:** | 1 |
| **Transaction Date:** | 01/24/2018 |
| **Agency Memo:** | |

# Chiesa Shahinian & Giantomasi PC

**SAMUEL J. MALL**
One Boland Drive
West Orange, NJ 07052
973.530.2176
Fax: 973.530.2376
sjmall@csglaw.com

csglaw.com

January 24, 2018

*Via ECF*

Clerk of the Court
United States District Court
for the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re:    Application for Refund of Fees

Dear Sir/Madam:

    I filed a *Notice of Request by Pro Hac Vice to Receive Notices of Electronic Filings* for my supervising attorney, A. Ross Pearlson, Esq. and accidentally paid the $150.00 filing fee, not realizing that it had already been paid. Therefore, I am requesting a refund of the filing fee paid by Mr. Pearlson.

    The case number is 17-cv-6365-MAS-LHG (LORD ABBETT INVESTMENT TRUST, et al.,v. VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.), and the *Notice of Request to Receive Notices* is document number 73.

    Information from the emailed receipt regarding the transaction:

Application Name: NJD CM ECF
Pay.gov Tracking ID: 267BPLOQ
Agency Tracking ID: 0312-8420601
Transaction Type: Sale
Transaction Date: Jan 24, 2018 9:49:21 AM

Account Holder Name: A. PEARLSON
Transaction Amount: $150.00
Card Type: AmericanExpress
Card Number: ************2890

---

**WEST ORANGE** NEW JERSEY          **TRENTON** NEW JERSEY          **NEW YORK** NEW YORK

7276832.1

Clerk of the Court
January 24, 2018
Page 2


If you have any questions or need further information, please contact me at my direct dial, above.

Very truly yours,

/s/ Samuel J. Mall

Samuel J. Mall
Paralegal

CHIESA SHAHINIAN & GIANTOMASI PC
Counsel for Defendant
PricewaterhouseCoopers LLP



| 01/03/2018 | 67 | Notice of Request by Pro Hac Vice Joseph L. Motto to receive Notices of Electronic Filings. (BOGAD, MELISSA) (Entered: 01/03/2018) |
| 01/03/2018 | | Pro Hac Vice counsel, JOSEPH L. MOTTO and ROBERT Y. SPERLING, have been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (mmh) (Entered: 01/03/2018) |
| 01/10/2018 | 68 | ORDER granting 51 Motion for Leave to Appear Pro Hac Vice as to Evan Claire Ennis, Esq. Signed by Magistrate Judge Lois H. Goodman on 1/10/2018. (mmh) (Entered: 01/10/2018) |
| 01/11/2018 | 69 | Letter from Richard Hernandez to the Hon. Michael A. Shipp, U.S.D.J., enclosing Stipulation and Confidentiality Order. (Attachments: # 1 Text of Proposed Order)(HERNANDEZ, RICHARD) (Entered: 01/11/2018) |
| 01/19/2018 | 70 | Stipulation and Confidentiality Order. Signed by Magistrate Judge Lois H. Goodman on 1/19/2018. (mmh) (Entered: 01/19/2018) |
| 01/22/2018 | 71 | ORDER granting admission pro hac vice as to Kaitland Kennelly, Esq. Signed by Magistrate Judge Lois H. Goodman on 1/22/2018. (mmh) (Entered: 01/22/2018) |
| 01/22/2018 | 72 | ORDER granting admission pro hac vice as to Laura Grossfield Birger, Esq., William J. Schwartz, Esq. and Lauren Gerber Lee, Esq. Signed by Magistrate Judge Lois H. Goodman on 1/22/2018. (mmh) (Entered: 01/22/2018) |
| 01/22/2018 | | Pro Hac Vice fee Evan Claire Ennis, Esq.: $150, receipt number TRE088126 (mmh) (Entered: 01/23/2018) |
| 01/24/2018 | 73 | Notice of Request by Pro Hac Vice Evan Claire Ennis, Esq. to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number 0312-8420601.) (PEARLSON, A.) (Entered: 01/24/2018) |
| 01/24/2018 | 74 | Application for Refund of Fees from A. Ross Pearlson, Esq. re 73 Notice of Pro Hac Vice to Receive NEF (finance notified).. (PEARLSON, A.) (Entered: 01/24/2018) |
| 01/24/2018 | | Pro Hac Vice counsel, EVAN CLAIRE ENNIS, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (mmh) (Entered: 01/24/2018) |