WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
James S. Richter
Melissa Steedle Bogad

*Attorneys for Defendant,*
*Howard B. Schiller*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al.,<br><br>　　　　　　Defendants. | : Honorable Michael A. Shipp, U.S.D.J.<br>:<br>: Civil Action No.: 17 CV 6365 (MAS)(LHG)<br>:<br>:<br>:<br>: **NOTICE OF WITHDRAWAL**<br>: **OF COUNSEL AND REQUEST**<br>: **TO BE REMOVED FROM ECF**<br>: **SERVICE LIST** |

**PLEASE TAKE NOTICE** that Melissa Steedle Bogad, Esq. hereby withdraws as counsel for Defendant Howard B. Schiller ("Defendant") in this matter. The remaining Winston & Strawn LLP attorneys of record, and those admitted pro hac vice, will continue to serve as counsel for Defendant. Accordingly, please remove Ms. Bogad from the list of NEF recipients in this matter.

　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Howard B. Schiller*


　　　　　　　　　　　　　　　　　　By:　s/ Melissa Steedle Bogad
　　　　　　　　　　　　　　　　　　　　Melissa Steedle Bogad
　　　　　　　　　　　　　　　　　　　　mbogad@winston.com

Dated: April 6, 2018

2

## CERTIFICATION OF SERVICE

I hereby certify that on April 6, 2018, a copy of the foregoing Notice was electronically filed and served by ECF upon all counsel of record in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

s/ Melissa Steedle Bogad<br>
Melissa Steedle Bogad<br>
mbogad@winston.com

Dated: April 6, 2018