| | | |
|---|---|---|
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477 | **KASOWITZ BENSON TORRES LLP**<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102<br>Tel: (973) 645-9462<br>Fax: (973) 643-2030 | **WHIPPLE AZZARELLO, LLC**<br>161 Madison Avenue<br>Suite 325<br>Morristown, NJ 07960<br>Tel: (973) 267-7300<br>Fax: (973) 267-0031 |

June 21, 2018

<u>V**IA** ECF</u>

Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 E. State Street
Trenton, New Jersey 08608

    Re:    *Lord Abbett Investment Trust -- Lord Abbett Short Duration Income Fund, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-06365(MAS)(LHG);

            *The Boeing Company Employee Retirement Plans Master Trust and the Boeing Company Employee Savings Plans Master Trust v. Valeant Pharmaceuticals International Inc., et al*, No. 17-cv-07636(MAS)(LHG); and

            *The Public Employees' Retirement System of Mississippi v. Valeant Pharmaceuticals International Inc., et al.*, No. 17-cv-07625(MAS)(LHG)

Dear Judge Shipp:

    We represent plaintiffs in the above-referenced matters. We write in response to defendants' letter to the Court dated June 20, 2018, which requests judicial notice of the criminal convictions of former Valeant executive Gary Tanner and former Philidor Chief Executive Officer Andrew Davenport, and incorrectly claims that these convictions are "irreconcilable" with Plaintiffs' allegations under the New Jersey RICO act.

    Defendants' June 20 letter attaches over 200 pages of trial counsel's summations, closing arguments and rebuttals from a single day of an 11-day criminal trial, and cherry-picks only a few excerpts from these lengthy proceedings. This snapshot conveniently ignores a wealth of witness testimony that directly supports plaintiffs' allegations under the New Jersey RICO act, including by the government's star witness, Laizer Kornwasser, who, as plaintiffs alleged, "was handpicked by [defendant] Pearson to serve as a liaison between Valeant and Philidor" and "reported directly to Pearson." *See, e.g.*, *Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund v. Valeant Pharmaceuticals International, Inc.*, No. 17-CV-6365, Dkt. No. 1, at ¶ 62.

June 21, 2018
Page 2

      In light of the volume of applicable trial testimony and related evidence, plaintiffs intend to file a formal opposition to defendants' June 20 letter by June 29.  Accordingly, we respectfully request that the Court defer ruling on defendants' request for judicial notice and the related motions to dismiss the above-referenced matters until this dispute has been fully submitted.

      We appreciate the Court's consideration of this request.

                                   Respectfully Submitted,

| By: /s/ Serena P. Hallowell | By: /s/Stephen W. Tountas | By: /s/John A. Azzarello |
|---|---|---|
| Serena P. Hallowell | Stephen W. Tountas | John A. Azzarello |
| LABATON SUCHAROW LLP | KASOWITZ BENSON TORRES LLP | WHIPPLE AZZARELLO, LLC |

cc: All Counsel of Record (via ECF)