UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST – LORD ABBETT SHORT DURATION INCOME FUND, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 17-cv-6365 (MAS) (LHG) |

## STIPULATION AND ORDER

WHEREAS, Plaintiffs in the above-captioned action (the "Action") have filed an Amended Complaint (the "Complaint") against Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Tanya Carro, and PricewaterhouseCoopers LLP (collectively, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, this Action is one of twenty-eight opt-out actions pending in the District of New Jersey related to the class action in *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Case No. 15-cv-7658 (the "Class Action");

WHEREAS, on August 18, 2017 all Defendants filed Amended Answers in the Class Action, see No. 15-cv-7658 (ECF Nos. 248-50, 253-54) (collectively, the "Class Action Answers");

WHEREAS, there is substantial factual overlap between the allegations in this Action and the Class Action;

WHEREAS, in view of the substantial factual overlap with the Class Action, the Parties have agreed that it would be inefficient for Defendants to admit or deny every allegation in the

Complaint pursuant to Fed. R. Civ. P. 8(b) at this time;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

(a) Defendants, to the extent all claims against a defendant have not been dismissed, will file answers to the Complaint (the "Opt-Out Answers") incorporating by reference the Class Action Answers within 45 days of the Court's ruling on the motions to dismiss;

(b) The Opt-Out Answers will (1) respond to allegations in paragraphs 94, 97-99, 106-07, 114-16, 145-54, 194-95, and 212-26, and Sections III.A, IV, V.C.7, VI, VIII, IX, and XI of the Complaint, as well as those portions of Section XII of the Complaint concerning causes of action not raised in the Class Action; and (2) will identify any applicable affirmative defenses not raised in the Class Action Answers;

(e) No allegations in the Complaint shall be deemed admitted pursuant to Fed. R. Civ. P. 8(b)(6) unless admitted in the Opt-Out Answer or the Class Action Answers;

(d) Plaintiffs may subsequently request responses to specific paragraphs of the Complaint containing factual allegations that they reasonably believe are not addressed by the Opt-Out Answers and their incorporation of the Class Action Answers, and Defendants shall be provided 45 days to file amended Opt-Out-Answers or seek relief from the Court.

Stipulated and agreed to by:

DATED: August 3, 2018

| | |
|---|---|
| **WHIPPLE AZZARELLO, LLC** | **McCARTER & ENGLISH LLP** |
| /s/ John A. Azzarello | /s/ Richard Hernandez |
| John A. Azzarello | Richard Hernandez |
| 161 Madison Avenue, Suite 325 | 100 Mulberry Street |
| Morristown, NJ 07960 | Newark, NJ 07102 |
| Telephone: (973) 267-7300 | Telephone: (973) 848-8615 |
| Fax: (973) 267-0031 | Fax: (973) 297-6615 |

*Local Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**

Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs*

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**
Paul C. Curnin
Craig S. Waldman
Daniel J. Stujenske
Dean McGee
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello*

**COOLEY LLP**
William J. Schwartz
Laura G. Birger
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

**DEBEVOISE & PLIMPTON LLP**

/s/ Holly S. Wintermute
Holly S. Wintermute
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle
Ada. F. Johnson
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

/s/ James S. Richter
James S. Richter
Melissa Steedle Bogad
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

So Ordered this 8th day of August, 2018

Hon. Michael Shipp, USDJ