| | |
|---|---|
| Richard Hernandez<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone:  (973) 848-8615<br>Facsimile:  (973) 297-6615 | Paul C. Curnin (*pro hac vice*)<br>Craig S. Waldman (*pro hac vice*)<br>Daniel J. Stujenske (*pro hac vice*)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502 |

*Attorneys for Defendants*
*Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST – LORD ABBETT SHORT DURATION INCOME FUND, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>          Defendants. | Civil Action No. 17-6365(MAS)(LHG)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello.

                        McCARTER & ENGLISH, LLP
                        *Attorneys for Defendants*
                        *Valeant Pharmaceuticals International, Inc.*
                        *and Robert L. Rosiello*


By:     *s/ Omar Bareentto*
            Omar Bareentto

Dated:  January 15, 2019

ME1 29028653v.1