McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
212-479-6079

*Attorneys for Defendant Tanya Carro*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST – LORD ABBETT SHORT DURATION INCOME FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants. | No. 17-6365 (MAS) (LHG)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

**PLEASE TAKE NOTICE** that Robert N. Ward from the law firm of McCarter & English LLP hereby withdraws his appearance in the above-captioned matter on behalf of Defendant Tanya Carro. Counsel from McCarter & English LLP have entered notices of appearance, and counsel from Cooley LLP have appeared *pro hac vice*, on behalf of Ms. Carro and will continue to represent her in this matter. Accordingly, please remove Robert N. Ward from the list of NEF recipients in this matter.

                    McCARTER & ENGLISH, LLP
*Attorneys for Defendant*
*Tanya Carro*

By: /s/ Robert N. Ward
      Robert N. Ward

Dated: January 18, 2019