UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LORD ABBETT INVESTMENT TRUST –
LORD ABBETT SHORT DURATION
INCOME FUND, et al.,

Plaintiff(s),

v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., et al.,

Defendant(s).

Civil Action no. 17-6365 (MAS)(LHG)

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consent to the substitution of Carella, Byrne, Cecchi, Olstein,

Brody & Agnello, P.C. (James E. Cecchi, Esq.) and Bernstein Litowitz Berger & Grossmann

LLP as attorneys for Plaintiffs in the above-captioned case.

**WHIPPLE AZZARELLO, LLC**

By: *s/ John A. Azzarello*
John A. Azzarello, Esq.
Withdrawing Attorney
WHIPPLE AZZARELLO, LLC
161 Madison Avenue, Suite 325
Morristown, NJ 07960
Tel: (973) 267-7300
Fax: 973-267-0031
azzarello@whippleazzarellolaw.com

**LABATON SUCHAROW LLP**

Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
Withdrawing Attorneys

**CARELLA, BRYNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By: *s/ James E. Cecchi*
James E. Cecchi, Esq.
Superseding Attorney
Carella, Byrne, Cecchi, Olstein,
Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: 973-994-1744
JCecchi@carellabyrne.com

*Local Counsel for Plaintiffs*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano
Jonathan D. Uslaner

140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477


Date: April 15, 2019

Richard D. Gluck
Superseding Attorneys
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs*

Date: April 15, 2019